1036

■     In the Matter of the Claim of GOTTHARD F. HILDEN, Appellant, v. COHEN BROTHERS CONSTRUCTION CO.— HAMILTON 67 Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.